UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sherry Annette Rice, | File No. 23-cv-751 (ECT/DJF) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Warden Michael Segal, | |
| Respondent. | |

Petitioner Sherry Annette Rice commenced this action pro se by filing a petition for a writ of habeas corpus. ECF No. 1. The case is before the Court on a Report and Recommendation [ECF No. 6] issued by Magistrate Judge Dulce J. Foster. Magistrate Judge Foster recommends denying Rice's petition. R&R at 4–5. Rice filed objections to the Report and Recommendation. ECF Nos. 7 & 8. Respondent filed a response confirming its view that the Report and Recommendation "should be adopted in its entirety." ECF No. 9. Because Rice has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Foster's analysis and conclusions are correct.

Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The Objections to the Report and Recommendation [ECF Nos. 7 & 8] are **OVERRULED**;

2. The Report and Recommendation [ECF No. 6] is **ACCEPTED** in full;

3. The Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED**;

4. Rice's Motion for a Writ of Habeas Corpus [ECF No. 2] is **DENIED**; and

5. The action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 13, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court